UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLIE MARIE MASTRORILLI,

      Plaintiff,

v.                                   Case No: 8:15-cv-1466-T-27TGW

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

_____/

## ORDER

    **BEFORE THE COURT** is the Report and Recommendation from the Magistrate Judge recommending that Defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for Summary Judgment (Dkt. 10) be denied and the matter be remanded to the Commissioner for consideration of the issue of *res judicata*. (Dkt. 22). Neither party filed objections and the time for doing so has expired.

    A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law,

1.      The Report and Recommendation (Dkt. 22) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review.

2.      Defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for Summary Judgment (Dkt. 10) is **DENIED**.

3.      This matter is **REMANDED** to the Commissioner for consideration of the issue of *res judicata*.

4.      The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this ___25th___ day of April, 2016.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of record